IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-00617-KDB-WCM

| CARISSA BROWN, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER |
| v. | ) ) | |
| UNITED STATES, et al. | ) ) | |
| Defendants. | ) ) | |

This matter is before the Court on Defendants' Motion to Exempt Case from Standing Order Requiring an Initial Settlement Conference in Civil Cases Assigned to the Honorable Kenneth D. Bell (the "Motion to Exempt," Doc. 14).

In a Bill of Information filed on December 1, 2020, Carissa Brown ("Ms. Brown") was charged with one count of wire fraud and one count of money laundering. See United States v. Carissa Brown, 3:20-CR-415 (W.D.N.C.) (the "Criminal Action").

Ms. Brown agreed to enter a plea of guilty to both counts and, on December 11, 2020, the Hon. David Cayer, United States Magistrate Judge, accepted her plea following a hearing.

As the moving Defendants describe in the Motion to Exempt and supporting memorandum, Ms. Brown subsequently filed various motions prior

to sentencing.

On November 10, 2022, Ms. Brown, appearing *pro se*, initiated this civil action. In her Complaint, Ms. Brown asserts tort claims against multiple individuals, including judicial officers and prosecutors, who have been involved in the Criminal Action.

Ms. Brown remains detained pending sentencing in the Criminal Action.

On December 16, 2022, the presiding judge in the Criminal Action, the Hon. Max O. Cogburn Jr., United States District Judge, continued Ms. Brown's sentencing, believing that it should take place when he is no longer a party to this civil action. See Criminal Action, Doc. 86.

Having considered the Motion to Exempt and supporting memorandum, the docket in this matter, and the related Criminal Action, the undersigned concludes that the Motion to Exempt should be allowed.[1]

---

[1] The undersigned acknowledges that the time for Ms. Brown to respond to the Motion to Exempt has not run. However, a response from Ms. Brown is not necessary on this issue; exempting this matter from the requirement of an initial settlement conference is appropriate in light of the nature of this case.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Exempt Case from Standing Order Requiring an Initial Settlement Conference in Civil Cases Assigned to the Honorable Kenneth D. Bell (Doc. 14) is **GRANTED**.

Signed: February 8, 2023

W. Carleton Metcalf
United States Magistrate Judge