IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-00617-KDB-WCM

| | |
|---|---|
| CARISSA BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| UNITED STATES, et al. ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on Plaintiff's "Motion to Show Authority." Doc. 28. Defendants have responded in opposition. Docs. 29, 30.

Because Plaintiff has, as Defendants indicate, failed to state any legal basis for the relief sought, the "Motion to Show Authority" (Doc. 28) is **DENIED**.

It is so ordered.

Signed: February 24, 2023

W. Carleton Metcalf
United States Magistrate Judge