# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Henry Brown<br>Carissa Brown**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:22-cv-00617-KDB-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Nicolas Dohy | ) | |
| Maria Kathleen Vento | ) | |
| David S. Cayer | ) | |
| Benjamin Bain-Creed | ) | |
| Angela Smith | ) | |
| Max O. Cogburn Jr. | ) | |
| United States | ) | |
| David Keesler | ) | |
| Dena Janae King | ) | |
| R. Andrew Murray**,** | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 19, 2023 Order.

May 19, 2023

Frank G. Johns, Clerk
United States District Court